IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
EASTERN DIVISION

| | |
|---|---|
| MORRIS FOREST PRODUCTS, LLC; STAN PITTMAN, ) ) ) Plaintiffs, ) ) v. ) ) KEYSTONE EXTERIOR DESIGN, LLC; JERRY TURNER; DON LUDWIG; UNIVERSAL FOREST PRODUCTS; MATTHEW J. MISSAD; DOUGLAS P. HONHOLT; DANA RECTOR; KRAIG JANSEN, ) ) ) ) ) ) ) ) ) Defendants. ) | Civil Action Number: 05-CV-00564 Removed from the Circuit Court of Tallapoosa County, Alabama CV-05-101, Alexander City Division |

**CONSENT TO REMOVAL**

COMES NOW Defendants Keystone Exterior Design, L.L.C., Jerry Turner, and Don Ludwig, and by and through undersigned counsel hereby confirms to the Court and all parties that it consents to the Notice of Removal filed by Co-Defendants Universal Forest Products, Matthew J. Missad, Douglas P. Honholt, Dana Rector, and Kraig Jansen. The Defendants further confirm that the consent to removal was obtained by the Co-Defendants from these Defendants prior to the Notice of Removal being filed.

Respectfully submitted this the 16th day of June, 2005.

   /s/ Patrick C. Davidson
PATRICK C. (RICK) DAVIDSON (DAV111)
Attorney for Defendant

**OF COUNSEL**

Adams, Umbach, Davidson & White, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

## **CERTIFICATE OF SERVICE**

    I do hereby certify that I have this day served a true and correct copy of the above on the following either electronically or by mailing a copy of the same in the United States mail, postage prepaid at the proper mailing address:

Randall S. Haynes, Esq.
MORRIS, HAYNES & HORNSBY
131 Main Street
Alexander City, AL 35010
(256) 329-2000

W. Percy Badham, III, Esq.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000

Joesph E. Scott, Esq.
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, AL 35244
(205) 967-9675


    This the 16th day of June, 2005.

                                                      /s/ Patrick C. Davidson
                                             Counsel for Defendants Keystone Exterior Design, L.L.C., Jerry Turner, and Don Ludwig