RECEIVED
2005 JUN 13 P 4: 26
DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DIST...

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
EASTERN DIVISION

| | |
|---|---|
| MORRIS FOREST PRODUCTS, LLC; STAN PITTMAN, <br><br> Plaintiffs, <br><br> v. <br><br> KEYSTONE EXTERIOR DESIGN, LLC; JERRY TURNER; DON LUDWIG; UNIVERSAL FOREST PRODUCTS; MATTHEW J. MISSAD; DOUGLAS P. HONHOLT; DANA RECTOR; KRAIG JANSEN, <br><br> Defendants. | Civil Action Number: <br><br> 3:05CV564-D <br> Removed from the Circuit Court of Tallapoosa County, Alabama CV-05-101, Alex City Division |

## NOTICE OF REMOVAL

COME NOW Defendants Universal Forest Products, Matthew Missad, Douglas Honholt, Dana Rector, and Kraig Jansen, and by and through their undersigned counsel and hereby files their Notice of Removal and Brief in Support, filed contemporaneously herewith, and shows unto the Court as follows:

1.  The Plaintiffs filed this action in the Circuit Court of Tallapoosa County, Alabama, Alexander City Division, on or about May 12, 2005, as Civil Action No.: CV-05-101. This notice is timely filed in the United States District Court for the Middle District of Alabama, Eastern Division. The documents attached hereto as "Exhibit A", to UFP's knowledge, constitute the entire court file in the civil action in the Circuit Court of Tallapoosa County, Alabama, Alexander City Division.

Tallapoosa County, Alabama, Alexander City Division.

2. Defendant files this Notice of Removal with the Court pursuant to 28 U.S.C. §§ 1441 and 1446 and asserts federal jurisdiction on the grounds of diversity of citizenship, pursuant to 28 U.S.C. § 1332. This action could have originally been brought in this Court pursuant to 28 U.S.C. § 1332. This Notice of Removal is timely filed because it is submitted within thirty (30) days of the date the Defendant received a copy of, or otherwise received notice of, the summons and complaint in this action. Accordingly, the prerequisites for removal pursuant to 28 U.S.C. § 144 have been met.

3. Pursuant to 28 U.S.C. § 1446(d), the Defendant shows that a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Tallapoosa County, Alabama, Alexander City Division. Further, the Defendant represents to this Court that a copy of this Notice of Removal is also being served upon counsel for the Plaintiffs. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

4. Complete diversity[1] exists between the parties who have been **properly** named and served in this action. Plaintiff, Stan Pittman is the only plaintiff who is non-diverse from the any of the defendants, however he is fraudulently joined and as such, his citizenship is do be disregarded.[2] [3]

5. The Plaintiffs' Complaint does not request a specific amount of relief, however

---

[1] See Strawbridge v. Curtiss, 7 U.S. 267 (1806)

[2] See Tedder v. F.M.C. Corp., 590 F.2d 115, 117 (5th Cir. 1979); Thomas v. Jim Walter Homes, Inc., 918 F. Supp. 1498 (M.D. Ala. 1996)

[3] This issue is thoroughly discussed in the Defendant's Brief in Support of Notice of Removal, which is filed contemporaneously herewith.

in a memorandum send by MFP during settlement negotiations, MFP indicated that damages were at a minimum of $1.5 million and a maximum of $5 million.[4] This amount clearly satisfies the jurisdictional amount of Seventy-Five Thousand Dollars ($75,000) required by 28 U.S.C. § 1332.

6.  All defendants in this action have been contacted and informed of this removal and each one has provided its/his consent. All defendants agree that this action properly lies within federal subject matter jurisdiction and as such should properly be before this Honorable Court.

7.  Therefore, the action is one over which the District Courts of the United States are given original jurisdiction because there is complete diversity of citizenship between the properly named and served parties and the jurisdictional sum or value exceeds Seventy-Five Thousand Dollars ($75,000).

WHEREFORE, the Defendant gives notice that the above-action now pending against it in the Circuit Court of Tallapoosa County, Alabama, Alexander City Division, is removed therefrom to this Honorable Court.

Respectfully submitted,

WILLIAM A. SCOTT, JR. - ASB-1539-O73W
JOSEPH E. STOTT - ASB-4163-T71J
Attorneys for Defendant Universal Forest Products, Matthew Missad, Douglas

---

[4] These amounts are evidenced by a Correspondence dated February 21, 2005, from Mr. Rod Morris, on behalf of MFP, which is attached to The Defendant's Brief in Support of Its Notice of Removal as Exhibit "F".

Honholt, Dana Rector, and Kraig Jansen

OF COUNSEL:

SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
Birmingham, AL 35244
(205) 967-9675

## CERTIFICATE OF SERVICE

This is to certify that on this 17 day of June, 2005, a copy of the foregoing has been served on counsel for all parties by placing same in the U.S. Mail, first class postage prepaid, and properly addressed to:

Randall S. Haynes, Esq.
MORRIS, HAYNES & HORNSBY
131 Main Street
Alexander City, AL 35010
(256) 329-2000

W. Percy Badham, III, Esq.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400 AmSouth/Harbert Plaza
(205) 254-1000

_____
OF COUNSEL