# EXHIBIT "B"

RECEIVED IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY

2005 JUN 3 PM 2:12

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MORRIS FOREST PRODUCTS, LLC; ) | |
| STAN PITTMAN, ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. CV-05-101** |
| ) | |
| KEYSTONE EXTERIOR DESIGN, LLC; ) | |
| JERRY TURNER; DON  LUDWIG; ) | |
| UNIVERSAL FOREST PRODUCTS; ) | |
| MATTHEW J. MISSAD; ) | |
| DOUGLAS P. HONHOLT; DANA ) | |
| RECTOR; KRAIG JANSEN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

**TO:**   Clerk of Court
Circuit Court of Tallapoosa County
P.O. Box 189
Alexander City, AL 35010-0189

Notice is hereby given that, pursuant to 28 U.S.C. § 1441, et seq., Defendants

Universal Forest Products, Matthew Missad, Douglas Honholt, Dana Rector, and Kraig

Jansen, have filed a Notice of Removal in the United States District Court for the Middle

District of Alabama, Eastern Division, to remove Case Number CV 2005-101 from the

Circuit Court of Tallapoosa County, Alabama, to the United States District Court for the

Middle District of Alabama, Eastern Division.  A copy of said Notice of Removal is attached

hereto as Exhibit "A."

Respectfully submitted,

**WILLIAM A. SCOTT, JR. - ASB-1539-O73W**
**JOSEPH E. STOTT - ASB-4163-T71J**
Attorney for Defendants Universal Forest
Products, Matthew Missad, Douglas
Honholt, Dana Rector, and Kraig Jansen

**OF COUNSEL:**

**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
2450 Valleydale Road
Birmingham, AL 35244
(205) 967-9675

## CERTIFICATE OF SERVICE

This is to certify that on this _13th_ day of _June_____, 2005, a copy of the foregoing has been served on counsel for all parties by placing same in the U.S. Mail, first class postage prepaid, and properly addressed to:

Randall S. Haynes, Esq.
MORRIS, HAYNES & HORNSBY
131 Main Street
Alexander City, AL 35010
(256) 329-2000

W. Percy Badham, III, Esq.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400 AmSouth/Harbert Plaza
(205) 254-1000

**OF COUNSEL**