**EXHIBIT "C"**

<u>**AFFIDAVIT OF ERIC S. MAXEY**</u>

| | |
|---|---|
| STATE OF MICHIGAN | ) |
| | )SS |
| COUNTY OF KENT | ) |

### <u>Summary of Affidavit</u>

**Eric S. Maxey, Vice President of Administration, affirms that Universal Forest Products, Inc. is a corporation incorporated in the State of Michigan and has its principal office in the State of Michigan.**

I, Eric S. Maxey, being first duly sworn, on my oath depose and say as follows:

1. I am the Vice President of Administration for Universal Forest Products, Inc. ("UFP").

2. As Vice President of Administration, I can attest to the fact that UFP is a Michigan Corporation and has its principal place of business in Michigan.

_____
Eric S. Maxey

Subscribed and Sworn to before me
this 10th day of June, 2005.

_____
Notary Public

CHRISTINA A. HOLDERMAN
NOTARY PUBLIC IONIA CO., MI
MY COMMISSION EXPIRES Jul 17, 2005
ACTING IN KENT COUNTY, MI