**EXHIBIT "E"**



**5655 Linder Circle NE
Canton, OH 44721**
Phone: (330) 492-8198
Fax: (330) 499-1863
Email: gemini@wilkshire.net

11/28/2004

Attn: Mr. Matt Missad

FAX: 616-364-6919 (3 pages including this cover)

Pursuant to our meeting last Monday, I forwarded a matrix of actual/forecast revenue and margin for our product line.

This was in anticipation of a meeting scheduled for Monday, 11/29. It's come to my attention that I sent these documents to Bob Coleman's fax. I hope he forwarded them to you; if not, this is a duplicate transmission.

I trust you'll contact me if any clarification is required before your meeting.

FYI, our contract with our current manufacturing licensee expired on 10/31/04. We must begin negotiations in earnest to extend that contract for next season. It would be most helpful to know the initial reactions and intentions of Universal Forest Products regarding our product. Kindly contact Jerry or me at your earliest convenience.

Thanks again for your hospitality.

Don Ludwig
✁

*"Exterior wood structures erected in minutes with no tools required!"*