**EXHIBIT "G"**



2/21/2005
Morris Forest Products
Attn: Jerry Turner, Don Lugwig (KED)
Matthew Missad (UFP)
Douglas Honholt (UFP)

Gentlemen,

    As you know, we have been working diligently to try to resolve this matter and to come to some resolution as to our future relationship. In that regard, the following is our response to your latest correspondence.

    Morris Forest Products received the new contract proposal offered by Keystone Exterior Design (KED) and Universal Forest Products (UFP). After review of this contract it is Morris Forest Products position that this contract, as written is unacceptable. As Morris Forest Products has stated we lost the contract with Robbins that was to furnish MFP with KDAT lumber for the 2005 season. This was lost because of the purchase of KED by UFP, and subsequently the fact we were told not to go to the Tampa show. We do not feel at this point that we will be able to procure enough lumber to cover the needs for 2005. With this said Morris Forest Products stands by its original proposal (attached).

    In the event we are unable to resolve this matter, we want to make our position and intentions clear. It is our position that the contract between Morris Forest Products (MFP) and Keystone is still in place and that MFP still has the right of first refusal as set forth in that contract. The sale of Keystone Exterior Design to Universal Forest Products is in violation of the contract between MFPs and KED as MFP was not offered the right of first refusal. We intend to take any and all legal action necessary to protect our interest and also intend to hold both Keystone(KED) and Universal Forest Products responsible for any and all damages to MFP that occur as a result of any breaches of the contract and/or improper actions taken by either KED or UFP.

    Additionally, MFP intends to take any steps necessary to protect and maintain its relationship with Menards and Splash Pools. This should benefit KED and UFP as well because loss or damage to the Menards or Splash Pool account would hurt KED and UFP as much as it would hurt MFP and in fact, could result in potential liability for returned product. MFP does not want this to happen and, as a result, MFP intends to proceed on Wednesday, February 23, 2005 to attend and prepare for the Menard's show. There will be cost incurred by this show. MFP will be responsible for the cost of travel and lodging, but the cost of the show ($ 25,000 – 50,000) will be held by either KED or UFP.

    As was stated we need to leave on Wednesday to go to Menards. A fast response is necessary for plans to be made for the trip. Thanks for your attention to this matter. We look forward to your response to the attached proposal.

*Rod Morris* (signature)

22608 HWY. 22 EAST • DAVISTON, ALABAMA 36256 • 256-395-9811 • FAX 256-395-9633



R.M.

February 21, 2005

To Whom It May Concern:

Morris Forest Products, L.L.C. (MFP) offers the following options to Keystone Exterior Designs(KED) to help expedite the transfer of Keystone Structures by Keystone Exterior Designs for an orderly transition out of MFP.

Option #1.
Complete buy out of all assets and liabilities of MFP.
What you would receive:
1. All buildings, equipment and inventories.
2. Experienced people exceeding over 200 yrs. combined total in trading and manufacturing.
3. All accounts present and future.

Value $ 5,000,000

Option #2
Complete buy of all assets and liabilities of MFP involved with Keystone Exterior Design.
What KED would receive:
1. All equipment and inventory involved with manufacturing Keystone decks.
2. We will assist in the removal and loading of all equipment and inventory involved with the manufacture of decks.
3. All accounts currently being sold (Menards, Splash Pools).

Value $1,500,000

22808 HWY. 22 EAST • DAVISTON, ALABAMA 36256 • 256-395-9911 • FAX 256-398-9633



If KED should exercise option #2 but wants MFP to remain for a period of not less than one year, we would offer the following:

Building, approximately 40,000 sq. ft. @ $2.00 per sq. ft. lease on an annual basis $80,000.

1. Trained personnel:
   A. Hired by KED
   B. Retained by MFP but MFP paid a manufacturing value to be negotiated on each deck part.
2. MFP sales staff will sell & service current and future accounts for KED for a negotiated per invoice commission.

We would like to exit the Keystone program in a clean and orderly manner. We have invested a lot of time, energy, money and talent to progress Keystone to its current status. It is our feelings we are offering the minimum acceptable offer for the investment MFP has incurred.

If KED should accept our offer we will work with them to expand our relationship further in all product lines we manufacture and sell.

Thank you,

Rod Morris
Rod Morris