IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
EASTERN DIVISION

2005 JUN 14 P 4: 16

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MORRIS FOREST PRODUCTS, LLC;<br>STAN PITTMAN, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| KEYSTONE EXTERIOR DESIGN,<br>LLC; JERRY TURNER; DON<br>LUDWIG; UNIVERSAL FOREST<br>PRODUCTS; MATTHEW J. MISSAD;<br>DOUGLAS P. HONHOLT; DANA<br>RECTOR; KRAIG JANSEN, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**Civil Action Number:**

3:05CV564-B

**Removed from the Circuit Court
of Tallapoosa County, Alabama
CV-05-101, Alex City Division**

## MOTION TO SUBSTITUTE EMAILED AFFIDAVIT FOR THE ORIGINAL

COME NOW Defendants Universal Forest Products, Matthew Missad, Douglas

Honholt, Dana Rector, and Kraig Jansen, and hereby moves this Court to accept the original

Affidavit of Donald Ludwig attached hereto as Exhibit "A". An emailed version was

attached to Defendants Brief in Support of Defendants' Notice of Removal and marked as

Exhibit "B". As grounds therefore, the Defendants state as follows:

1.      The emailed version is a true and correct copy of the original Affidavit signed

by Donald Ludwig, a member of Keystone Exterior Design, L.L.C.

2.      The Defendants request that this Court accept the original Affidavit and

substitute it for the emailed version that was previously filed.

4.    No party will be prejudiced by the acceptance of the original Affidavit since it is identical to the emailed version.

WHEREFORE, the Defendants respectfully request that this Court accept the original Affidavit of Donald Ludwig attached hereto and attached as Exhibit "A" and allow it to substitute for the emailed version attached to the Defendants' Brief in Support of Notice of Removal.

Respectfully submitted,

_____
**WILLIAM A. SCOTT, JR.**
**JOSEPH E. STOTT \ ASB-4163-T71J**
Attorney for Defendant Universal Forest
Products, Matthew Missad, Douglas
Honholt, Dana Rector, and Kraig Jansen

**OF COUNSEL:**

**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
2450 Valleydale Road
Birmingham, AL 35244
(205) 967-9675

## CERTIFICATE OF SERVICE

This is to certify that on this ⟨handwritten⟩ day of ⟨handwritten⟩, 2005, a copy of the foregoing has been served on counsel for all parties by placing same in the U.S. Mail, first class postage prepaid, and properly addressed to:

Randall S. Haynes, Esq.
MORRIS, HAYNES & HORNSBY
131 Main Street
Alexander City, AL 35010
(256) 329-2000

W. Percy Badham, III, Esq.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400 AmSouth/Harbert Plaza
(205) 254-1000

_____
OF COUNSEL