**EXHIBIT "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
EASTERN DIVISION

| | |
|---|---|
| MORRIS FOREST PRODUCTS, LLC; STAN PITTMAN, <br><br> Plaintiffs, <br><br> v. <br><br> KEYSTONE EXTERIOR DESIGN, LLC; JERRY TURNER; DON LUDWIG; UNIVERSAL FOREST PRODUCTS; MATTHEW J. MISSAD; DOUGLAS P. HONHOLT; DANA RECTOR; KRAIG JANSEN, <br><br> Defendants. | Civil Action Number: <br><br> _____ <br><br> Removed from the Circuit Court of Tallapoosa County, Alabama CV-05-101, Alexander City Division |

## AFFIDAVIT OF DONALD LUDWIG

My name is DONALD LUDWIG, I am member of Keystone Exterior Design, L.L.C. I am over the age of nineteen (19) years and have personal knowledge of the facts asserted herein.

I affirm that Keystone Exterior Design, L.L.C., is a Tennessee corporation and its principle place of business is in the state of Tennessee. I affirm that the documents attached to this affidavit are true and correct copies of the correspondence and documents they purport to be and they were created, transmitted, and received in the normal course of business. These documents are: (1) Licensing Agreement Entered Into Between Keystone and Morris Forest Products, dated 11/21/2003; (2) Letter from Keystone to Matt Missad, dated 11/28/2004; (3) Letter Dated February 3, 2005; and (4) Letter Dated February 21, 2005.

FURTHER AFFIANT SAITH NOT

*Donald Ludwig*
DONALD LUDWIG

STATE OF OHIO        )
COUNTY OF STARK      )

On this the 13TH day of JUNE, 2005, before me a Notary Public, within and for said County and State, personally appeared DONALD LUDWIG, to me known to be the identical person described in and who executed the foregoing instrument and acknowledged that the same is true, and that after reading the same or having the same read to him and with a full understanding of the terms and the effect thereof, executed the same.

*Thomas W. Connors*

**NOTARY PUBLIC**
My Commission Expires: _____

THOMAS W. CONNORS, Attorney at Law
Notary Public, State of Ohio
My commission has no expiration date
Sec. 147.03 R.C.