### UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 5, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Morris Forest Products, LLC et al v. Keystone Exterior Design, LLC et al
      Civil Action No. 3:05-cv-00564-B

The above-styled case has been reassigned to W. Harold Albritton, III.

Please note that the case number is now **3:05-cv-00564-A**.

This new case number should be used on all future correspondence and pleadings in this action.