IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS FOREST PRODUCTS, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| KEYSTONE EXTERIOR DESIGN, LLC, et al., | ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO. 3:05cv564-A

**ORDER**

Upon consideration of Plaintiffs' Motion to Remand (Doc. #11), filed on July 13, 2005, it is

ORDERED that the Defendants shall show cause, if any there be, **on or before August 4, 2005** why the motion should not be granted. The Plaintiffs shall have **until August 11, 2005** to reply. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 14th day of July, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE