IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS FOREST PRODUCTS, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 05-CV-00564 ) ) |
| KEYSTONE EXTERIOR DESIGN, LLC, et al. | ) ) ) |
| Defendants. | ) ) |

### REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to the *Federal Rules of Civil Procedure* 26(f), a telephonic conference was held on July 19, 2005 and was attended by Tres Cleveland on behalf of plaintiffs Morris Forest Products and Stan Pittman; Joseph E. Stott on behalf of defendants Universal Forest Products, Matthew Missad, Douglas Honholt, Dana Rector and Kraig Jansen; and Patrick Davidson and Christine Dean on behalf of defendants Keystone Exterior Design, LLC, Jerry Turner and Don Ludwig.

2.  **Pre-Discovery Disclosures.** The parties will exchange by August 31, 2005 the information required by local Rule 26.1(a)(1).

3.  **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

    a. Discovery will be needed on the following subjects:

    1) the counts included in the Plaintiff's First Amended Complaint which include breach of contract, intentional interference, fraud, suppression and conspiracy and all defenses asserted by the defendants;

2)  all claims asserted in the defendants' counterclaim; and

3)  all defenses asserted by plaintiffs.

b. All discovery commenced in time to be completed by June 1, 2006.

c. Maximum of 45 interrogatories by each party to another party (Responses due 30 days after service).

d. Maximum of 30 requests for admission by each party to another party (Responses due 30 days after service).

e. Maximum of 20 depositions by each separately represented party.

f. Reports from retained experts under Rule 26(a)(2) due:

1) from plaintiffs by February 15, 2006;

2) from defendants by April 15, 2006.

4. **Other Items.**

a. The parties do not request a conference with the court before entry of the scheduling order.

b. Plaintiffs should be allowed until September 15, 2005 to join additional parties and until September 15, 2005 to amend the pleadings.

c. Defendants should be allowed until October 15, 2005 to join additional parties and until October 15, 2005 to amend the pleadings.

d. All potential dispositive motions should be filed by July 1, 2006.

e. Settlement may be enhanced by the use of alternative dispute resolution procedures.

f. The parties request a final pretrial conference in August 2006.

g. Final lists of trial evidence and witnesses under Rule 26(a)(3) should be due:

      1) from plaintiffs: 30 days prior to trial;

      2) from defendants: 30 days prior to trial.

  h. Parties should have 10 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

  i. This case should be ready for trial by September 1, 2006.

By completing this Report of Parties' Planning Meeting, plaintiffs do not consent to jurisdiction before this Honorable Court. Plaintiffs contest subject matter jurisdiction as there is no diversity of citizenship as required by 28 U.S.C. §1332. Plaintiffs have filed a timely motion to remand and the Court has entered an order requiring the defendants to show cause.

Date: July 20, 2005

                                                       Respectfully submitted,

                                                       s/Randall S. Haynes_____
                                                      Randall S. Haynes

OF COUNSEL:

MORRIS, HAYNES & HORNSBY
131 Main Street
Alexander City, AL 35010
(256) 329-2000

                                                       s/ W. Percy Badham III_____
                                                      W. Percy Badham III
                                                      Tres Cleveland

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000

                                                       Attorneys for Plaintiffs

                                        s/ Joseph E. Stott_____
                                        Joseph E. Stott
                                        William Scott, Jr.

OF COUNSEL:

SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
2450 Valleydale Road
P.O. Box 380548
Birmingham, AL 35244

                                        s/Patrick C. Davidson_____
                                        Patrick C. Davidson

OF COUNSEL:

ADAMS, UMBACH, DAVIDSON AND WHITE, LLP
205 South 9th Street
Opelika, AL 36801

                                        Attorneys for Defendants

01207944.1