IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MORRIS FOREST PRODUCTS, LLC, et al., )
)
        Plaintiffs, )
)
vs. ) CIVIL ACTION NO. 3:05cv564-A
)
KEYSTONE EXTERIOR DESIGN, LLC, )
et al., )
)
        Defendants. )

**<u>ORDER</u>**

It is hereby ORDERED that, in light of the fact that this case is now pending on a Motion to Remand, no Rule 16 Scheduling Order will be entered pending a determination of that motion. The court points out, however, that, in the event the Motion to Remand is denied, the Report of Parties Planning Meeting (Doc. #13) filed by the parties on July 20, 2005, does not comply with the Rule 26(f) Order entered by the court on July 7, 2005, as to available trial dates.

DONE this 21st day of July, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE