## CERTIFICATE OF SERVICE

       I hereby certify that on <u>July 25, 2005</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants.

       Respectfully submitted,

       *s/Joseph E. Stott*

       ASB-4163-T71J
       Attorneys for Defendant Lowe's Home Centers, Inc.
       **SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
       2450 Valleydale Road
       Birmingham, Alabama 35244
       Phone: 205-967-9675
       Facsimile: 205-967-7563
       E-mail: jstott@sssandf.com Email Joseph Stott