IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS FOREST PRODUCTS, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 3:05cv564-A ) |
| KEYSTONE EXTERIOR DESIGN, LLC, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

This case is before the court on the Motion for Leave to Conduct Jurisdiction Related Discovery and Motion to Extend Time to Respond to Motion to Remand (Doc. #16). Upon consideration of the motions, it is hereby ORDERED as follows:

1. Plaintiffs are given **until August 5, 2005**, to show cause, if any there be, why the Motion for Leave to Conduct Jurisdiction Related Discovery should not be granted. Defendant Universal Forest Products Eastern Division, Inc. is given **until August 15, 2005**, to reply, at which time the motion will be taken under submission for determination without oral argument.

2. The Motion to Extend Time to Respond to Motion to Remand is GRANTED, and the time will be extended to a date to be set after resolution of the discovery-related motion.

DONE this 26th day of July, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE