**EXHIBIT 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MORRIS FOREST PRODUCTS, LLC; STAN PITTMAN, | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action Number: |
| v. | ) ) | 3:05-CV-00564-B |
| KEYSTONE EXTERIOR DESIGN, LLC; JERRY TURNER; DON LUDWIG; UNIVERSAL FOREST PRODUCTS; MATTHEW J. MISSAD; DOUGLAS P. HONHOLT; DANA RECTOR; KRAIG JANSEN, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF DOUGLAS P. HONHOLT

My name is Douglas P. Honholt, I am over the age of nineteen, and have personal knowledge of the facts asserted herein.

I am Vice President of Industrial Sales for the parent company of Defendant Universal Forest Products Eastern Division, Inc. I have only visited Alabama five (5) or six (6) times in my life. The last visit was on February 7, 2005 for a meeting called by Plaintiff Morris Forest Products, LLC. That was the first and only time I have been to Alabama to deal with any business relating in any way to Plaintiff Morris Forest Products, LLC or Defendant Keystone Exterior Design, LLC.

On February 7, 2005, at Plaintiff Morris Forest Products, LLC's request, I met with its representatives in Alabama. At this meeting, I was acting solely in my capacity

as an employee of the parent company of Defendant Universal Forest Products Eastern Division, Inc. Nothing that I did at this meeting was outside the line and scope of my job duties for Defendant Universal Forest Products Eastern Division, Inc. I did not conduct any personal business with Plaintiff Morris Forest Products, LLC at this meeting.

FURTHER AFFIANT SAITH NOT.

_____
Douglas P. Honholt

**STATE OF MICHIGAN** )

**COUNTY OF KENT** )

On this the 24th day of August, 2005, before me a Notary Public, within and for said County and State, personally appeared Douglas P. Honholt, known to me to be the identical person described in and who executed the foregoing instrument and acknowledged that the same is true, and that after reading the same or having the same read to him, and with a full understanding of the terms and the effect thereof, executed the same.

CHRISTOPHER L. HAVEN
Notary Public, Wayne County, MI
Acting in Kent County, MI
My Commission Expires May 23, 2007

**NOTARY PUBLIC**
My Commission Expires: _____