# EXHIBIT 1

February 3, 2005

To Whom It May Concern:

Morris Forest Products, L.L.C. (MFP) offers the following options to Universal Forest Products (UFP) to help expedite the transfer of Keystone Structures by Keystone Exterior Designs for an orderly transition out of MFP.

Option #1.
  Complete buy out of all assets and liabilities of MFP.
    What you would receive:
      1. All buildings, equipment and inventories.
      2. Experienced people exceeding over 200 yrs. combined total in trading and manufacturing.
      3. All accounts present and future.

Value $ 5,000,000

Option #2
  Complete buy of all assets and liabilities of MFP involved with Keystone Exterior Design.
    What UFP would receive:
      1. All equipment and inventory involved with manufacturing Keystone decks.
      2. We will assist in the removal and loading of all equipment and inventory involved with the manufacture of decks.
      3. All accounts currently being sold (Menards, Splash Pools).

Value $1,500,000



If UFP should exercise option #2 but wants MFP to remain for a period of not less than one year, we would offer the following:

Building, approximately 40,000 sq. ft. @ $2.00 per sq. ft. lease on an annual basis $80,000.

1. Trained personnel:
   A. Hired by UFP
   B. Retained by MFP but MFP paid a manufacturing value to be negotiated on each deck part.
2. MFP sales staff will sell & service current and future accounts for UFP for a negotiated per invoice commission.

We would like to exit the Keystone program in a clean and orderly manner. We have invested a lot of time, energy, money and talent to progress Keystone to its current status. It is our feelings we are offering the minimum acceptable offer for the investment MFP has incurred.

If UFP should accept our offer we will work with them to expand our relationship further in all product lines we manufacture and sell.

Thank you,

Rod Morris

