# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS FOREST PRODUCTS, LLC; STAN PITTMAN, )<br><br>Plaintiffs, )<br><br>v. )<br><br>KEYSTONE EXTERIOR DESIGN, LLC; JERRY TURNER; DON LUDWIG; UNIVERSAL FOREST PRODUCTS; MATTHEW J. MISSAD; DOUGLAS P. HONHOLT; DANA RECTOR; KRAIG JANSEN, )<br><br>Defendants. ) | Civil Action Number:<br>3:05-CV-00564-B |

## AFFIDAVIT OF KRAIG JANSEN

My name is Kraig Jansen, I am over the age of nineteen, and have personal knowledge of the facts asserted herein.

I am Installment Products Operation Manager for Defendant Universal Forest Products. I have only visited Alabama four (4) times in my life. My first visit was on February 7, 2005 for a meeting called by Plaintiff Morris Forest Products, LLC. Other than attending a meeting with Plaintiff Morris Forest Products, LLC, at its request, in Alabama, I have never been to Alabama to deal with any business relating in any way to Plaintiff Morris Forest Products, LLC or Defendant Keystone Exterior Design, LLC.

On February 7, 2005, at Plaintiff Morris Forest Products, LLC's request, I met with its representatives in Alabama. At this meeting, I was acting solely in my capacity as an employee of Defendant Universal Forest Products Eastern Division, Inc. Nothing that I did at this meeting was outside the line and scope of my job duties for Defendant Universal Forest Products Eastern Division, Inc. I did not conduct any personal business with Plaintiff Morris Forest Products, LLC at this meeting.

FURTHER AFFIANT SAITH NOT.

_____
Kraig Jansen

**STATE OF MICHIGAN** )

**COUNTY OF KENT** )

On this the 23rd day of August, 2005, before me a Notary Public, within and for said County and State, personally appeared Kraig Jansen, known to me to be the identical person described in and who executed the foregoing instrument and acknowledged that the same is true, and that after reading the same or having the same read to him, and with a full understanding of the terms and the effect thereof, executed the same.

_____
**NOTARY PUBLIC**
My Commission Expires: 07-17-2011

CHRISTINA A. HOLDERMAN
NOTARY PUBLIC, STATE OF MI
COUNTY OF IONIA
MY COMMISSION EXPIRES Jul 17, 2011
ACTING IN COUNTY OF KENT