CASE NO. CV-04 H-1123-S

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the 19th day of DEC., 19 2004, served this summons together with the complaint as follows:

☐ By personal service on the defendant at 1045 Willowbrook Rd Bham Al 35215

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)
To Mr. Julius Bonner Jr.
1045 Willowbrook Rd

☐ By serving an officer, a managing or general agent, or any other agent authoriz[ed] by appointment or by law to receive service of process of the defendant corpora[tion,] partnership, or unincorporated association. (Give name, capacity and address o[f] person served.)

_I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct._

12-19-2004
Date

Authorized or Specially Appointed Process Server

I hereby certify and return this ___ day of _____, 19 ___, that I am unable to locate the individual, company, corporation, etc. named in this summons.

_I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct._

Date

Authorized or Specially Appointed Process Server

Costs of Service:  Service fee:
Expenses: 240 miles @ 8/60 cents  $ 81.60

TOTAL:  $