IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>J & S LEASING, INC., an Alabama corporation, and JULIUS BONNER, JR., an individual,   )<br>)<br>Defendant.   ) | Civil Action No: CV-04-H-1123-S |

## AFFIDAVIT OF FREDDIE N. HARRINGTON, JR.

Freddie N. Harrington, Jr., being duly sworn, deposes and says:

1. I am one of the attorneys for plaintiff, and have personal knowledge of the facts set forth in this affidavit. I am over the age of 19 and have no infirmities.

2. Julius Bonner, Jr., a defendant in the above styled litigation, was served with a copy of the Summons and Complaint by special process server on or about December 19, 2004.

3. More than twenty days have elapsed since the date on which Mr. Bonner was served with said summons and complaint.

4. Mr. Bonner has failed to answer or otherwise defend the Declaratory Judgment action.

5. Upon information and belief, Mr. Bonner over the age of 18, competent and not a member of any branch of the U. S. armed services.

6.  This affidavit is executed by affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the plaintiff to obtain an entry of default against the defendant, for his failure to answer or otherwise defend as to the plaintiff's complaint.

*Freddie N. Harrington, Jr.*
Freddie N. Harrington, Jr.

Sworn to and subscribed before me this the 25 day of February, 2005.

*Lisa B. Youngblood*
Notary Public
Expires: 10/04/06

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Oct 4, 2006
BONDED THRU NOTARY PUBLIC UNDERWRITERS