**EXHIBIT "E"**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS FOREST PRODUCTS, LLC; STAN PITTMAN, <br><br> Plaintiffs, <br><br>v. <br><br>KEYSTONE EXTERIOR DESIGN, LLC; JERRY TURNER; DON LUDWIG; UNIVERSAL FOREST PRODUCTS; MATTHEW J. MISSAD; DOUGLAS P. HONHOLT; DANA RECTOR; KRAIG JANSEN, <br><br> Defendants. | Civil Action Number: <br>3:05-CV-00564-B |

## AFFIDAVIT OF DOUGLAS P. HONHOLT

My name is Douglas P. Honholt, I am over the age of nineteen, and have personal knowledge of the facts asserted herein.

I do not know Mr. Stan Pittman and prior to the meeting on February 7, 2005, I had never met him. I do not know how he is compensated or how his employment is structured. I do not know Mr. Pittman on a personal level and have no animosity towards him. I have never done anything or said anything to intentionally harm Mr. Pittman and do not know how to harm him.

FURTHER AFFIANT SAITH NOT.

_____
Douglas P. Honholt

**STATE OF MICHIGAN** )

**COUNTY OF KENT** )

On this the 30th day of August, 2005, before me a Notary Public, within and for said County and State, personally appeared Douglas P. Honholt, known to me to be the identical person described in and who executed the foregoing instrument and acknowledged that the same is true, and that after reading the same or having the same read to him, and with a full understanding of the terms and the effect thereof, executed the same.

*[signature]*

**NOTARY PUBLIC**
My Commission Expires: 07-17-11

CHRISTINA A. HOLDERMAN
NOTARY PUBLIC, STATE OF MI
COUNTY OF IONIA
MY COMMISSION EXPIRES Jul 17, 2011
ACTING IN COUNTY OF KENT