**EXHIBIT "F"**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS FOREST PRODUCTS, LLC; STAN PITTMAN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action Number: ) 3:05-CV-00564-B ) |
| KEYSTONE EXTERIOR DESIGN, LLC; JERRY TURNER; DON LUDWIG; UNIVERSAL FOREST PRODUCTS; MATTHEW J. MISSAD; DOUGLAS P. HONHOLT; DANA RECTOR; KRAIG JANSEN, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## AFFIDAVIT OF KRAIG JANSEN

My name is Kraig Jansen, I am over the age of nineteen, and have personal knowledge of the facts asserted herein.

I am Installment Products Operation Manager for Defendant Universal Forest Products and am a North Carolina resident. For all times relevant to this case, I have lived in North Carolina since 1992 and have intended for it to be my permanent residence ever since. I have never lived in Georgia.

I do not know Mr. Stan Pittman and prior to the meeting on February 7, 2005, I had never met him. I do not know how he is compensated or how his employment is structured. I do not know Mr. Pittman on a personal level and have no animosity towards him. I have never done anything or said anything to intentionally harm Mr. Pittman and do not know how to harm him.

FURTHER AFFIANT SAITH NOT.   _____
                              (Kraig Jansen

STATE OF __Florida__ )

COUNTY OF __Polk__ )

    On this the __31st__ day of __August__, 2005, before me a Notary Public, within and for said County and State, personally appeared Kraig Jansen, known to me to be the identical person described in and who executed the foregoing instrument and acknowledged that the same is true, and that after reading the same or having the same read to him, and with a full understanding of the terms and the effect thereof, executed the same.   _Desiree S. Walker_

**NOTARY PUBLIC**
My Commission Expires: _____

DESIREE S. WALKER
MY COMMISSION # DD264852
EXPIRES: November 04, 2007