IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS FOREST PRODUCTS, LLC, et al., ) ) ) Plaintiffs, ) ) v. ) ) KEYSTONE EXTERIOR DESIGN, ) LLC, et al. ) ) Defendants. ) | CASE NO. 05-CV-00564 |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF THE DEADLINE FOR FILING PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

COME NOW Plaintiffs Morris Forest Products, LLC and Stan Pittman, and hereby move this Honorable Court for an Order extending the time in which Plaintiffs must reply to Defendants' Opposition to Plaintiffs' Motion to Remand from Friday, September 9, 2005 until Tuesday, September 13, 2005. Plaintiffs' counsel has consulted with counsel for the Defendants who have no opposition to said extension.

Respectfully submitted this 6th day of September, 2005,

s/Randall S. Haynes
Randall S. Haynes

OF COUNSEL:

MORRIS, HAYNES & HORNSBY
131 Main Street
Alexander City, AL 35010
(256) 329-2000

1

01226989.1

                    s/ Ollie A. (Tres) Cleveland, III_____
                    W. Percy Badham III
                    Ollie A.(Tres) Cleveland, III

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000

                    Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing has been served upon the following:

William Scott, Jr.
Joseph E. Stott
Scott, Sullivan, Strutman & Fox, P.C.
2450 Valleydale Road
P.O. Box 380548
Birmingham, AL 35244

Patrick C. Davidson
Adams, Umbach, Davidson and White, LLP
205 South 9th Street
Opelika, AL 36801

via CM/ECF Electronic Noticing and by placing copy of same in the United States Mail, properly addressed and postage prepaid on this the 6th day of September, 2005.

                    s/ Ollie A. (Tres) Cleveland, III_____
                    Of Counsel

01226989.1