IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS FOREST PRODUCTS, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) CASE NO. 05-CV-00564 |
| KEYSTONE EXTERIOR DESIGN, LLC, et al. | ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF THE DEADLINE FOR FILING PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

COME NOW Plaintiffs Morris Forest Products, LLC and Stan Pittman, and hereby move this Honorable Court for an Order extending the time in which Plaintiffs must reply to Defendants' Opposition to Plaintiffs' Motion to Remand from Friday, September 9, 2005 until Tuesday, September 13, 2005. Plaintiffs' counsel has consulted with counsel for the Defendants who have no opposition to said extension.

Respectfully submitted this 6th day of September, 2005,

s/Randall S. Haynes
Randall S. Haynes

OF COUNSEL:

MORRIS, HAYNES & HORNSBY
131 Main Street
Alexander City, AL 35010
(256) 329-2000

**MOTION GRANTED**

SO ORDERED
THIS ___ DAY OF _____, 20 05
_____
UNITED STATES DISTRICT JUDGE

1

01226989.1