IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MORRIS FOREST PRODUCTS, LLC;    )
et al.,                          )
                                 )
              Plaintiffs,        )
                                 )
v.                               )        CIVIL ACTION NO. 3:05cv564-A
                                 )
KEYSTONE EXTERIOR DESIGN, LLC;   )
et al.,                          )
              Defendants.        )

## ORDER

Upon consideration of Defendants' Motion to Strike (Doc. #31), filed on September 15, 2005, it is

ORDERED that the Plaintiffs shall show cause, if any there be, **on or before September 22**, **2005** why the motion should not be granted, or, alternatively, why the Defendants ought not be allowed to take the deposition of Plaintiff Stan Pittman and to file a supplemental response to the Motion to Remand.  The motion will be taken under submission on that day for determination without oral hearing.

DONE this 15th day of September, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE