IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MORRIS FOREST PRODUCTS, LLC; et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:05cv564-A |
| KEYSTONE EXTERIOR DESIGN, LLC; et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Motion to Strike (Doc. #31), filed on September 15, 2005, and Defendant Keystone Exterior Design, LLC, Jerry Turner, and Don Ludwig's Motion to Strike, Alternative Motion for Leave to File Supplemental Brief Opposing Plaintiff's Motion to Remand (Doc. #33), the court has determined that it is appropriate to consider the affidavit of Stan Pittman and the Plaintiffs' brief which relies on that affidavit. Accordingly, the Motions to Strike are hereby ORDERED DENIED.

Because the Plaintiffs have sought to rely on evidence beyond the Complaint, however, the court will allow the Defendants, as they originally requested, to conduct limited discovery in the form of the deposition of Stan Pittman. Such deposition is to be limited to jurisdictional issues only. Accordingly, it is hereby ORDERED that the Defendants have until October 31, 2005 to take the deposition of Stan Pittman on jurisdictional issues only and to file supplemental briefs. The Alternative motion for leave to file a supplemental brief (Doc. #33) is hereby ORDERED GRANTED, and all Defendants are given until October 31, 2005 to submit to the court supplemental briefs on the jurisdictional issues.

DONE this 30th day of September, 2005.

                                            /s/ W. Harold Albritton
                                            W. HAROLD ALBRITTON
                                            SENIOR UNITED STATES DISTRICT JUDGE