IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS FOREST PRODUCTS, LLC; STAN PITTMAN, <br><br> Plaintiffs, <br><br> v. <br><br> KEYSTONE EXTERIOR DESIGN, LLC; JERRY TURNER; DON LUDWIG; UNIVERSAL FOREST PRODUCTS; MATTHEW J. MISSAD; DOUGLAS P. HONHOLT; DANA RECTOR; KRAIG JANSEN <br><br> Defendants. | Civil Action Number: <br> 3:05-CV-00564-B |

## SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

COME NOW Defendants Keystone Exterior Design, LLC, Jerry Turner, and Don Ludwig, and respectfully join Defendants Universal Forest Products Eastern Division, Inc.'s, Matthew J. Missad, Douglas P. Honholt, Dana Rector, and Kraig Jansen's Supplemental Brief in Opposition to Plaintiffs' Motion to Remand. Keystone hereby adopts and incorporates by reference the legal and factual bases in Defendants' Supplemental Brief.

Respectfully submitted,

/s/ Patrick C. Davidson
Patrick C. (Rick) Davidson
Attorney for Defendant

**OF COUNSEL**

Adams, Umbach, Davidson & White, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

## CERTIFICATE OF SERVICE

      I do hereby certify that I have this day served a true and correct copy of the above on the following either electronically or by mailing a copy of the same in the United States mail, postage prepaid at the proper mailing address:

Randall S. Haynes, Esq.
MORRIS, HAYNES & HORNSBY
131 Main Street
Alexander City, AL 35010
(256) 329-2000

W. Percy Badham, III, Esq.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000

Joesph E. Stott, Esq.
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, AL 35244
(205) 967-9675

      This the 31st day of October, 2005.

                                      /s/ Patrick C. Davidson
                                    Counsel for Defendants Keystone
                                    Exterior Design, L.L.C., Jerry Turner,
                                    and Don Ludwig