# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **MORRIS FOREST PRODUCTS, LLC,** et al., | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **CASE NO. 05-CV-00564** |
| | ) | |
| **KEYSTONE EXTERIOR DESIGN, LLC,** et al. | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL REPLY TO DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

COME NOW Plaintiffs Morris Forest Products, LLC and Stan Pittman, by and through counsel and request this Court for an Order allowing Plaintiffs to file a supplemental reply to Defendants' Supplemental Response to Plaintiffs' Motion to Remand.  As grounds thereof, Plaintiffs would show unto the Court as follows:

In response to Defendants' Motion to strike Plaintiffs' Original Reply to Defendants' Opposition of Plaintiffs' Motion to Compel, Your Honor entered an order on September 30, 2005 giving Defendants until October 31, 2005 to take the deposition of Stan Pittman and file a supplemental response to Plaintiffs' original reply.  The deposition of Mr. Pittman was conducted on October 24, 2005 and Defendants submitted a supplemental response on October 31, 2005.  Defendants' Supplemental Response contained various mischaracterizations of Mr. Pittman's testimony.  The following is a list of some of the major contested items of fact that the Defendants' Supplemental Response would have this court believe are not contested.

## MOTION GRANTED

SO ORDERED

THIS _15th_ DAY OF _Nov_ 20_05_

_____
UNITED STATES DISTRICT JUDGE

01253898.1

1