# Exhibit A

## FREEDOM COURT REPORTING

Page 1

```
 1   IN THE UNITED STATES DISTRICT COURT
 2        OF THE MIDDLE DISTRICT COURT
 3              EASTERN DIVISION
 4
 5   CIVIL ACTION NO:   CV 05-00564
 6
 7   MORRIS FOREST PRODUCTS, LLC,
 8             Plaintiff,
 9   vs.
10   KEYSTONE EXTERIOR DESIGN,
11             Defendant.
12                                        COPY
13                  DEPOSITION
14                     OF
15               STAN PITTMAN
16
17   REPORTED BY: Kelly Jackson
18                Registered Professional
19                Reporter
20                and Notary Public
21
22
23
```

**FREEDOM COURT REPORTING**

Page 37

1   A.   After the days after the
2   meeting where Universal and Keystone
3   came to Morris Forest Products.
4   Q.   I want you to assume -- I think
5   we can all agree that was February 7,
6   2005.  That is what you indicated in
7   your affidavit.  I think that has been
8   indicated by other people that there was
9   a meeting on February 7, 2005.  Assuming
10  for me that that's the correct date, are
11  you saying you weren't aware of a
12  possibility that Keystone and Morris
13  would no longer do business together
14  until after that February 7, 2005
15  meeting?
16  A.   After that, that's correct.
17  Q.   Were you aware that on February
18  3rd, 2005, before that meeting, that
19  Mr. Morris sent a letter to Keystone
20  asking about a buyout of the leftover
21  equipment and product?
22  A.   Repeat that.
23  Q.   Were you aware that on or about