# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MORRIS FOREST PRODUCTS, LLC, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CASE NO. 05-CV-00564 |
| KEYSTONE EXTERIOR DESIGN, LLC, et al. | ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF ROD MORRIS

| | |
|---|---|
| STATE OF ALABAMA | ) |
| COUNTY OF TALLAPOOSA | ) |

Before me, the undersigned notary public in and for said County in said State, personally appeared Rod Morris, who, upon being duly sworn, did depose and say as follows:

1.     My name is Rod Morris. I am over the age of 19 years old and have personal knowledge of the facts asserted herein. I am currently, as was I during the course of events leading up to this litigation, the President of Morris Forest Products, LLC.

2.     I was present at a meeting held at the facilities of Morris Forest Products, LLC on February 7, 2005 between various representatives of Morris Forest Products, including Stan Pittman and Brandon Morris, and representatives of Keystone Exterior Design, LLC and Universal Products Inc., who were represented by Defendants Jerry Turner, Matthew Missad, Douglas Rineholt, Dana Rector and Kraig Jansen.

3.      Prior to the February 7, 2005 meeting, Universal, not Keystone, specifically requested information regarding the possible buyout of Morris Forest Products relationship and interest in the Keystone project. In response to this request, I prepared the February 3, 2005 correspondence, attached hereto as Exhibit 1.

4.      This February 3rd correspondence was drafted on February 3, 2005, but was not presented to Universal until February 7, 2005, when I presented it to Universal's representatives during the meeting at Morris Forest Products' facilities. Morris Forest Products intentionally did not give the correspondence to Jerry Turner, the representative from Keystone, during the February 7, 2005 meeting. It wasn't until approximately February 21, 2005 that the correspondence was presented to Keystone.

5.      Also, Jerry Turner, Matthew Missad and I had a telephone conversation regarding the contract between Morris Forest Products and Keystone. During the conversation, it was explained to Mr. Missad that both Morris Forest Products and Keystone had continued to honor the terms of the contract after its alleged expiration date. Mr. Missad's response to this was that he believed that the contract between Morris Forest Products and Keystone had therefore been renewed and was, in fact, in full force.

6.      At the group meeting on February 7, 2005 at Morris Forest Products' facilities, the Defendants, and in particular, Dana Rector, requested to tour Morris Forest Products' manufacturing facility. I was reluctant to grant Defendants' request, but after personally receiving assurances from Defendants, and specifically from Dana Rector, I granted their request. Before reviewing our facility, Mr. Rector, Director of Manufacturing for Universal, told me that it made sense to keep the manufacturing function of the Keystone project with Morris Forest Products, at its facility. This statement by Mr. Rector was made in response to a question from

me regarding whether the manufacturing process of the Keystone/Universal project would be continued to be manufactured at Morris Forest Products. Only after this representation by Mr. Rector did I allow the Defendants, including Mr. Rector, to tour the Morris Forest Products facility.

7. During the tour of the manufacturing facilities, Dana Rector made several pages of notes and drew various diagrams. Mr. Rector took these notes and diagrams with him at the conclusion of the February 7, 2005 meeting when he left Morris Forest Products' facilities.

8. It was not until after the February 7, 2005 meeting and after Mr. Rector and other individual Defendants toured the manufacturing facilities of Morris Forest Products that Keystone/Universal informed Morris Forest Products that the relationship with Keystone/Universal would no longer be in existence.

9. Further Affiant saith not.

ROD MORRIS

Subscribed and sworn to before me this 5th day of December 2005.

Notary Public

(AFFIX SEAL)

My Commission Expires: 03·18·06

# Exhibit 1

**DEFENDANT'S EXHIBIT**

February 3, 2005

To Whom It May Concern:

Morris Forest Products, L.L.C. (MFP) offers the following options to Universal Forest Products (UFP) to help expedite the transfer of Keystone Structures by Keystone Exterior Designs for an orderly transition out of MFP.

Option #1.
Complete buy out of all assets and liabilities of MFP.
What you would receive.
1. All buildings, equipment and inventories.
2. Experienced people exceeding over 200 yrs. combined total in trading and manufacturing.
3. All accounts present and future.

Value $ 5,000,000

Option #2
Complete buy of all assets and liabilities of MFP involved with Keystone Exterior Design.
What UFP would receive:
1. All equipment and inventory involved with manufacturing Keystone decks.
2. We will assist in the removal and loading of all equipment and inventory involved with the manufacture of decks.
3. All accounts currently being sold (Menards, Splash Pools).

Value $1,500,000





If UFP should exercise option #2 but wants MFP to remain for a period of not less than one year, we would offer the following:

Building, approximately 40,000 sq. ft. @ $2.00 per sq. ft. lease on an annual basis $80,000.

1. Trained personnel:
   A. Hired by UFP
   B. Retained by MFP but MFP paid a manufacturing value to be negotiated on each deck part.
2. MFP sales staff will sell & service current and future accounts for UFP for a negotiated per invoice commission.

We would like to exit the Keystone program in a clean and orderly manner. We have invested a lot of time, energy, money and talent to progress Keystone to its current status. It is our feelings we are offering the minimum acceptable offer for the investment MFP has incurred.

If UFP should accept our offer we will work with them to expand our relationship further in all product lines we manufacture and sell.

Thank you,

Rod Morris

