# Exhibit C

Talked to Turner
2/1/04   About Universal

Heads Mfg. to be in Union City on Monday. Turner to drive down and meet him, said; if conversation went good with Matt Missad cell 616-291-5222 / 616-364-6161 they would drive over and meet with us on Monday or Tuesday to see value of finish parts, goods in progress, jigs etc. for Buy out
This guy does evaluation of Manufact.