IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MORRIS FOREST PRODUCTS, LLC; ) | |
| STAN PITTMAN, ) | |
| ) | (WO) |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:05cv564-A |
| ) | |
| KEYSTONE EXTERIOR DESIGN, LLC; ) | |
| JERRY TURNER; DON LUDWIG; ) | |
| UNIVERSAL FOREST PRODUCTS; ) | |
| MATTHEW J. MISSAD; DOUGLAS P. ) | |
| HONHOLT; DANA RECTOR; AND KRAIG ) | |
| JANSEN, ) | |
| Defendants. ) | |

**ORDER**

In accordance with the Memorandum Opinion entered on this day, it is ORDERED as follows:

(1) The Plaintiff's Motion to Remand (Doc. # 11) is GRANTED and this cause is hereby REMANDED to the Circuit Court of Tallapoosa County, Alabama.

(2) The clerk is DIRECTED to take all steps necessary to effect this remand.

(3) All pending motions to dismiss are left for disposition by the state court.

Done this the 16th day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE