**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Circuit Clerk
   Tallapoosa County
   125 North Broadnax
   Dadeville, AL 36853

2. Article Number (Transfer from service label)
   7004 1160 0003 5812 1900

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Brandi Florine
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   Brandi Florine

C. Date of Delivery
   12-19-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05CV564-A
   cert. copy of order 45

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes